# FAX COVER SHEET

| | |
|---|---|
| TO | FOIA/PA Mail Referral Unit |
| COMPANY | |
| FAX NUMBER | 12026166695 |
| FROM | Larry Klayman |
| DATE | 2018-01-24 19:35:46 GMT |
| RE | Privacy Act Request |

## COVER MESSAGE

Attached is a Privacy Act Request from Peter F. Paul totaling three (3) pages

# Klayman Law Group, P.A.

2020 Pennsylvania Avenue, N.W., Suite 800, Washington, DC 20006-1811 ❖ Telephone: (310) 595-0800 ❖ leklayman@gmail.com

January 24, 2018

*VIA FAX AND FEDERAL EXPRESS*

FOIA/PA Mail Referral Unit
Department of Justice
Room 115
LOC Building
Washington, DC, 20530
Fax: (202) 616-6695

Re:     **PRIVACY ACT REQUEST**

To Whom It May Concern:

Pursuant to the Privacy Act of 1974 (5 U.S.C. § 552(a), and its regulations, Larry Klayman, legal counsel of record on behalf of Peter F. Paul ("Paul") before the U.S. Department of Justice ("USDOJ"), requests that the USDOJ produce:

1. **Any and all documents that refer or relate in any way to Peter F. Paul.**

2. **Any and all documents that refer or relate in any way to Peter F. Paul with regard to any and all USDOJ Inspector General reports on investigations of Federal Bureau of Investigation ("FBI") alleged misconduct involving agents Ron Moretti, Angela Jett, Bruch Ohr, Noel Hillman, and Robert Levinson from 2001 to 2003.**

If you deny any part of this request, please cite each specific exemption that you rely on to justify your refusal to release the information and notify me of appeal procedures available under law. Included in this request is a completed DOJ-361 form signed by Paul authorizing records to be released to attorney Mr. Larry Klayman.

If you have any questions concerning this request, you may contact me at (561)-558-5536 or (310)-770-9712.

Under penalty of perjury, I hereby declare that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 552a(i)(3) as a misdemeanor and by a fine of not more than $5,000.

Sincerely,

Larry Klayman, Esq.
Klayman Law Group, P.A.
2020 Pennsylvania Ave. Ste. 800
Washington, DC 20006
leklayman@gmail.com

Please send the documents responsive to this Public Information Act request to:

Daj142182@gmail.com

Or

Klayman Law Group, P.A.
2020 Pennsylvania Ave. Ste. 800
Washington, DC 20006

U.S Department of Justice        Certification of Identity        

FORM APPROVED OMB NO.
1103-0016 EXPIRES 06/31/2020

Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]    Peter F. Paul

Citizenship Status [2]    USA            Social Security Number [3]    Redacted

Current Address    591 Glenfield Way West Palm Beach, Fl 33411

Date of Birth    9-2-48        Place of Birth    Coral Gables, Fl

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

Larry Klayman Esq.
Print or Type Name

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]    [signature]                Date    1/5/18

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.